UNITED STATES of America, Plaintiff–Appellee

v.

Lenard ZICKEFOOSE, Defendant–Appellant.

No. 14–1762.

United States Court of Appeals, Eighth Circuit.

Submitted: March 2, 2015.

Filed: March 9, 2015.

David R. Mercer, Asst. Fed. Public Defender, Springfield, MO (Laine Cardarella, Fed. Public Defender, Kansas City, MO, on the brief), for appellant.

Cynthia J. Hyde, Asst. U.S. Atty., Springfield, MO, for appellee.

Before SMITH, GRUENDER, and BENTON, Circuit Judges.

PER CURIAM.

Lenard Zickefoose, civilly committed pursuant to 18 U.S.C. § 4246 since 2004, appeals the district court's[1] order revoking his most recent grant of conditional release. Because the evidence developed during the revocation proceedings sup-

---

1. The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable David P. Rush, United States Magistrate Judge for the Western District of Missouri.

ports the district court's findings that Zickefoose failed to comply with his prescribed regimen of psychiatric care, and that his continued release would therefore create a substantial risk of bodily injury to another person, or serious damage to the property of another, *see* 18 U.S.C. § 4246(f), we affirm, *see* 8th Cir. R. 47B. We also grant counsel's motion to withdraw.